```
                                      FILED
                                    NOV 19 2007
1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307         CLERK, U.S. DISTRICT COURT
   Assistant United States Attorney   EASTERN DISTRICT OF CALIFORNIA
3  501 I Street, Suite 10-100         BY _____
   Sacramento, CA 95814                       DEPUTY CLERK
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cv-02477-EJG-KJM |
| Plaintiff, | ) | ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |
| v. | ) | |
| APPROXIMATELY $5,023.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on November 15, 2007, in the United States District Court for the Eastern District of California, alleging that the defendant approximately $5,023.00 in U.S. Currency (hereafter "defendant currency") is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. § 841 *et seq.*;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Robert S. Martinez, there is probable cause to believe that the defendant currency so

1

described constitutes property that is subject to forfeiture for such violation(s), and that grounds for issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

Dated: 11/16/07

_____
DALE A. DROZD
United States Magistrate Judge