


**FILED**
MAY 22 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-CV-02477-EJG-KJM |
| Plaintiff, | DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |
| v. | |
| APPROXIMATELY $5,023.00 IN U.S. CURRENCY, | |
| Defendant. | |

This matter came on before the Honorable Magistrate Judge Kimberly J. Mueller on plaintiff United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant currency to oppose plaintiff's motion. The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is

ORDERED, ADJUDGED AND DECREED:

1.  The Magistrate Judge's Findings and Recommendations are adopted herein.

1    2.   Sherman Levi Mello is held in default;

2    3.   A judgment by default is hereby entered against any right, title or interest of Sherman Levi Mello in the defendant currency referenced in the above-caption;

5    4.   A final judgment is hereby entered, forfeiting all right, title and interest in the defendant currency to the United States of America, to be disposed of according to law.

8    5.   All parties shall bear their own costs and attorneys' fees.

SO ORDERED, this 21st day of May, 2008.

_____
Edward J. Garcia
United States District Judge

2